United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-11894-sr
Joan Wetzel                                                     Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW            Page 1 of 1           Date Rcvd: May 26, 2017
                              Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
```
db           +Joan Wetzel,    1925 Devereaux Avenue,    Philadelphia, PA 19149-3443
13885297      Quicken Loans,    P.O. Box 6577,   Carol Stream, IL 60197-6577
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
```
          GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
          JAMES V. MONAGHAN    on behalf of Debtor Joan  Wetzel jmonaghan@norristownlegal.com,
           lroney@norristownlegal.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Joan Wetzel | | CHAPTER 7 |
| | Debtor | |
| Quicken Loans Inc. | Movant | NO. 17-11894 SR |
| vs. | | |
| Joan Wetzel | Debtor | 11 U.S.C. Section 362 |
| Gary F. Seitz | Trustee | |

## ORDER

AND NOW, this        day of                , 2017 at Philadelphia, upon consideration of the Motion of Quicken Loans Inc. and/or upon the failure of Debtor(s) and the Trustee to file and answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified with respect to the subject premises located at 1925 Devereaux Avenue, Philadelphia, PA 19149 ("Property"), so as to allow Movant, and any of its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Stephen Raslavich,** United States Bankruptcy Judge

**Dated: May 26, 2017**

Joan Wetzel

1925 Devereaux Avenue
Philadelphia, PA 19149

James V. Monaghan, Esq.
Law Offices of James V. Monaghan
25 West Airy Street
Norristown, PA 19401

Gary F. Seitz, Trustee
Gellert Scali Busenkell & Brown LLC
The Curtis Center
601 Walnut Street
Suite 280 South
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532