Certificate Number: 15111-PAE-DE-029472193

Bankruptcy Case Number: 17-11894



15111-PAE-DE-029472193

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2017, at 3:11 o'clock PM EDT, Joan Wetzel completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 23, 2017               By:   /s/Tiffany Windish for Ryan McDonough

                                    Name:   Ryan McDonough

                                    Title:   Executive Director of Education