United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11894-sr
Joan Wetzel                                                               Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin             Page 1 of 1            Date Rcvd: Jun 30, 2017
                              Form ID: 318            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.
```
db            +Joan Wetzel,    1925 Devereaux Avenue,    Philadelphia, PA 19149-3443
13885283      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Best Buy,    P.O. Box 78009,    Phoenix, AZ 85062-8009)
13885284       Chase,    P.O. Box 1423,    Charlotte, NC 28201-1423
13885285       Chase Slate,    P.O. Box 1423,    Charlotte, NC 28201-1423
13885286       Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
13885287       Citizens Bank Card Services,    P.O. Box 42010,    Providence, RI 02940-2010
13885288       Deer Meadows Rehabilitation,    8301 Roosevelt Boulevard,    Philadelphia, PA 19152-2006
13885289       Discover,    P.O. Box 742655,    Cincinnati, OH 45274-2655
13885290       Einstein Physicians,    P.O. Box 780003,    Philadelphia, PA 19178-0003
13885291       First Health Part D,    2222 Ewing Road,    Moon Township, PA 15108-3298
13885292       Gettington.com,    P.O. Box 166,    Newark, NJ 07101-0166
13885293       Holy Redeemer Hospital,    c/o Brian Dietrich, Esquire,    601 Sentry Parkway,    Suite 200,
                Blue Bell, PA 19422
13885294       KeyBank National Assoc,    P.O. Box 94968,    Cleveland, OH 44101-4968
13885295       Matrix Absence Management,    P.O. Box 8330,    Philadelphia, PA 19101-8330
13885296      +PharmScript,    150 Pierce Street,    Somerset, NJ 08873-4185
13885297       Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
13885299       United Telemanagement,    P.O. Box 145465,    Cincinnati, OH 45250-5465
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jul 01 2017 01:51:42     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 01 2017 01:51:17     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13885281       E-mail/Text: AEPPcreditdept@amerimark.com Jul 01 2017 01:51:49     AmeriMark Premier,
                P.O. Box 2845,    Monroe, WI 53566-8045
13885282       EDI: BANKAMER.COM Jul 01 2017 01:43:00     Bank of America,    P.O. Box 15015,
                Wilmington, DE 19886-5019
13888283       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 01 2017 01:50:59
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13885298       EDI: WTRRNBANK.COM Jul 01 2017 01:43:00     Target,    P.O. Box 660170,    Dallas, TX 75266-0170
                                                                                               TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
```
          GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
          JAMES V. MONAGHAN    on behalf of Debtor Joan  Wetzel jmonaghan@norristownlegal.com,
           lroney@norristownlegal.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joan Wetzel** | Social Security number or ITIN **xxx–xx–2978** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | |
| Case number: **17–11894–sr** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joan Wetzel

6/29/17                                                               **By the court:**  Stephen Raslavich
                                                                                                   United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**